### 11307.  BRANSON v. TOWNSAND.

JENKINS, P. J.  Being unable to say, as a matter of law, that the trial
   judge abused his discretion in this, the first grant of a new trial,
   this court will not interfere.  Civil Code (1910), § 6204; *Holland* v.
   *Williams*, 3 *Ga. App.* 636 (60 S. E. 331); *Smith* v. *Maddox-Rucker
   Banking Co.*, 8 *Ga. App.* 288 (1) (68 S. E. 1092).
                    *Judgment affirmed. Stephens and Smith, JJ., concur.*
                         DECIDED SEPTEMBER 17, 1920.

   Action for slander; from city court of Hinesville — Judge W.
C. Hodges.  January 5, 1920.

   *Dorsey & Mills,* for plaintiff.
   *Ben A. Way,* for defendant.

---

### 10459.  TUGGLE v. GREEN & SONS.

JENKINS, P. J.  In accordance with the rules of law governing this
   case, as set forth by the Supreme Court in response to questions
   certified to it by this court (150 *Ga.* 361, 104 S. E. 85), the judgment
   of the court below, directing a verdict for the plaintiff, is affirmed.
       *Judgment affirmed. Stephens, J., concurs. Smith, J., disqualified.*
                         DECIDED SEPTEMBER 27, 1920.

   Complaint; from DeKalb superior court — Judge Smith.
March 7, 1919.

   *L. G. Fortson, L. J. Steele, Scott Candler,* for plaintiff in error.
   *Little, Powell, Smith & Goldstein, Moise & Riddell,* contra.